```
 1  GEORGE S. CARDONA
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    BONNIE L. HOBBS (Cal. State Bar # 208525)
 4  Assistant United States Attorney
         1500 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-4447
         Facsimile: (213) 894-3713
 7       Email: bonnie.hobbs@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-**07 01048** |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED PLEADINGS |
| v. | ) | |
| JAMES LANZO TURNER, IV, aka "Blue," DAVID COLE, JR., CHARLES LEROY TWYMAN, aka "Lee," LASHAWN ANDREA LYNCH, and MIKE LNU, | ) | [UNDER SEAL] |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related pleadings in the above-titled case, the government's sealing application, and this order shall be kept under seal until the arrest of one of the defendants named in the indictment, or until the government moves to unseal the indictment, whichever is earlier.

In the event that the indictment must be unsealed, the

original indictment bearing the signature of the Grand Jury foreperson shall remain sealed, and only copies of the indictment with the foreperson's signature redacted may be distributed publicly.

DATED: 9/26/2007

_____
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE