# *Memorandum*



FILED

**07-01048**

| Subj: United States v. James Lanzo Turner, et al. | Date: September 24, 2007 |
|---|---|

2007 SEP 26 PM 4:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

To:

SHERRI R. CARTER
District Court Executive
United States District Court
Central District of California

From:

BONNIE L. HOBBS
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. James Lanzo Turner, et al._____, being filed on _September 26, 2007_____,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

BONNIE L. HOBBS
Assistant United States Attorney
Criminal Division