FILED

2008 FEB 11 AM 11:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>JAMES LANZO TURNER, IV<br>aka Blue<br>DEFENDANT(S). | CASE NUMBER<br>07-01048<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  2/11/08   10:45   ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21;846: Conspiracy to Possess with Intent to Distribute and to Distribute Heroin
3. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
5. Year of Birth: _____1944_____
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: _Miss Smith_
11. Remarks (if any): _____

12. Date: 2/11/08
13. Signature: _[signature]_
14. Name: Elizabeth C. Fra___
15. Title: Special Agent

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION