# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Western Division |
| vs. | Case Number: 2:07-CR-01048-VBF-1  Indictment |
| | Initial App. Date: 02/11/2008    Initial App. Time: 2:00 PM |
| James Lanzo Turner, IV | |
| Defendant. | Date Filed: 02/11/2008 |
| | Violation: 21:846 |
| | CourtSmart: CS 2/11/2008 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Carolyn Turchin

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Deborah Malone, Deputy Clerk | Joe McNalley, Assistant U.S. Attorney | None, Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [✓] preliminary hearing OR [✓] removal hearing / Rule 20.

[✓] Defendant states true name [✓] is as charged [ ] is _____

[ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.

[✓] Attorney: Cornell Price, Panel [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)

[ ] Special appearance by: _____

[✓] Government's request for detention is: [✓] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED

[✓] Defendant is ordered: [✓] Permanently Detained [ ] Temporarily Detained (see separate order).

[✓] BAIL FIXED AT $ Detained _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED

[ ] Preliminary Hearing waived.

[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties

[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

[ ] Preliminary Hearing set for ✓ at 4:30 PM _____

[✓] PIA set for: 2/19/08 at 8:30 AM in LA; ~~at 3:00 PM in Riverside; at 10:00 AM in Santa Ana~~.

[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED

[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED

[ ] Defendant executed Waiver of Rights. [ ] Process received.

[ ] Court ORDERS defendant Held to Answer to _____ District of _____
  [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  [ ] Warrant of removal and final commitment to issue.
  [ ] Warrant of removal and final commitment are ordered stayed until _____

[ ] Case continued to (Date) _____ (Time) _____ AM / PM
Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____

[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.

[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

[ ] RELEASE ORDER NO: _____

[ ] Other: _____

[✓] PSA   [ ] FINANCIAL   [ ] READY

Deputy Clerk Initials: CM