SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                                      Dated: May 12, 2008

================================================================
**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U. S. DISTRICT JUDGE**

| Rita Sanchez | Mary Rickey | John Lulejian |
| Courtroom Deputy | Court Reporter | Shawn Nelson |
| | | Asst. U.S. Attorney |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   James Lanzo Turner                         1)   Cornell Price
     Present - Custody                                s/a by Brian Newman
                                                      Present - Appointed

2)   David Cole, Jr.                            2)   Edward Robinson
     Present - Bond                                   Present - Appointed

4)   Lashawn Andrea Lynch                       4)   Alan Eisner
     Present - Bond                                   Present- Appointed

_____

**PROCEEDINGS:   STATUS CONFERENCE RE TRIAL**

Case called and counsel make their appearance.  Court and counsel discuss the status of the case.

The court sets a further status conference for June 23, 2008 at 11:00 am. The Defendants are each ordered to return without further notice.  The trial date of July 1, 2008 remains.

IT IS SO ORDERED.

MINUTES FORM 6                                                           Initials of Deputy Clerk  RS
CRIM -- GEN                                                                                        :4