1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (SBN: 186783)
4  Assistant United States Attorney
   SHAWN J. NELSON (SBN: 185149)
5  Special Assistant United States Attorney
   Violent and Organized Crime Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-8603/5339
8       Facsimile: (213) 894-3713
        Email:    john.lulejian@usdoj.gov
9                 shawn.nelson@usdoj.gov

10 Attorney for Plaintiff
   UNITED STATES OF AMERICA
11

                                    FILED
                              CLERK, U.S. DISTRICT COURT
                                  JUN 23 2008
                              CENTRAL DISTRICT OF CALIFORNIA
                              BY              DEPUTY

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,       ) No. CR 07-1048-VBF
                                   )
15              Plaintiff,         )
                                   )
16         v.                      ) STIPULATION TO CONTINUE TRIAL
                                   )
17 JAMES LANZO TURNER, IV,         )
       et al.,                     )
18                                 )
                Defendants.        )
19                                 )

20
21      Plaintiff United States of America, by and through its
22 counsel of record, the United States Attorney for the Central
23 District of California, and defendant James Lanzo Turner, IV, and
24 his attorney, Cornell J. Price, defendant David Cole, Jr. and his
25 attorney Edward M. Robinson, and defendant Lashawn Andrea Lynch
26 and her attorney Alan Eisner, hereby respectfully request this
27 Court to continue the trial date in this matter until
28 September 16, 2008. This request is supported by the following

reasons:

1. The parties are engaging in plea negotiations that may obviate the need for a trial, and thus, need additional time to complete these negotiations.

2. This case and the related cases are complex and involve seven Court-authorized wiretaps (with an excess of 80,000 intercepted telephone calls), approximately 21 search warrants, over 1,000 pages of discovery, multiple defendants, and multiple witnesses.

3. The government's supplemental production of discovery is ongoing. Thus, defense counsel may need additional time to review said discovery, and discuss the discovery, possible defenses, and possible motions with Defendants. Further, to date, defendants have not produced any discovery to the government. Should additional discovery be produced, the parties will need time to review said discovery and prepare their pre-trial motions.

4. At the June 23, 2008, status conference, both defendants acknowledged the knowing, voluntary, and intelligent waiver of their rights to a speedy trial through September 30, 2008.

5. The parties agree, stipulate, and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment or information must be filed and that the continuance is not based on congestion of the

Court's calendar, nor on the lack of diligence on the part of the attorney for the government or the defense, 18 U.S.C. § 3161(h)(8)(C).

6. The parties believe that the ends of justice to be served by granting a continuance of the trial date outweighs the best interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

6-23-08
DATE

JAMES LANZO TURNER, IV
Defendant

6-23-08
DATE

CORNELL J. PRICE
Attorney for Defendant
JAMES LANZO TURNER, IV

6/23/08
DATE

DAVID COLE, JR.
Defendant

6/23/08
DATE

EDWARD M. ROBINSON
Attorney for Defendant
DAVID COLE, JR.

3

```
 1
 2
 3   6-23-08                          /s/ L. Lynch
     ─────────                        ──────────────────────────
 4   DATE                             LASHAWN ANDREA LYNCH
                                      Defendant
 5
 6   6-23-08                          for /s/ Cornell J. Price
     ─────────                        ──────────────────────────
 7   DATE                             ALAN EISNER
                                      Attorney for Defendant
 8                                    LASHAWN ANDREA LYNCH
 9   6/23/08                          /s/ John J. Lulejian
     ─────────                        ──────────────────────────
10   DATE                             JOHN J. LULEJIAN
                                      Assistant United States Attorney
11                                    SHAWN J. NELSON
                                      Special Assistant United States
12                                         Attorney
                                      Attorney for Plaintiff
13                                    UNITED STATES OF AMERICA
```

4