UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                       Dated: November 21, 2008

========================================================================
PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | None | Not Present |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   James Lanzo Turner                     1)   Cornell Price
     Not Present - In Custody                    Not Present - Appointed

_____

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**


     At the request of counsel, the hearing on Change of Plea is continued from Friday, November 14, 2008 at 3:00 p.m. to Tuesday, November 25, 2008 at 11:00 a.m.

     **IT IS SO ORDERED.**