**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                      Dated: November 25, 2008
=================================================================================
**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Kendra Bradshaw | Katie Thibodeaux | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

=================================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   James Lanzo Turner, IV, et al.              1)   Cornell Price
     Present - In Custody                              Present - Appointed


**PROCEEDINGS:   CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is sworn.  Plea agreement is filed October 28, 2008.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count One of the Three-Count Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, James Lanzo Turner, IV, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **April 20, 2009, at 10:00 am**, for sentencing.  **All other dates are hereby vacated for this defendant only.**


MINUTES FORM 8                                                   Initials of Deputy Clerk  kb
CRIM -- COP & SET SENT                                                                 :42

Upon Sentencing and entry of judgment, the Courtroom Deputy shall give notice to state authorities at the following address:

SACCO Unit
Department of Corrections and Rehabilitation
10961 Sun Center Dr.
Rancho Cordova, CA 95670
Attention: Susan Fonner, C.R.M.

cc:     PSA
        USPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

MINUTES FORM 8                                                                                                          Initials of Deputy Clerk  kb
CRIM -- COP & SET SENT                                                                                                                         :42