Cornell J. Price, Esq. (SBN 62443)
Law Offices of Cornell J. Price
445 South Figueroa Street, Suite 2640
Los Angeles, California 90071
Telephone No. (213) 612-0020
Facsimile:    (213) 612-0091
E-mail Address: pricelaw@earthlink.net

Attorney for Defendant
JAMES LANZO TURNER, IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 07-1048-VBF |
| Plaintiff, | ) |
| v. | ) DEFENDANT'S POSITION ) RE SENTENCING FACTORS |
| JAMES LANZO TURNER, IV, | ) Sentencing Date and Time: ) June 5, 2009 at 3:00 p.m. |
| Defendant. | ) |

   Defendant JAMES LANZO TURNER, IV, by and through his attorney of record, hereby responds to the Guidelines Presentencing Report filed in this case by stating that defendant has no objections to

/ / /

/ / /

/ / /

1

1  either the sentencing factors or the sentencing recommendation set
2  forth therein.
3
4  Dated: June 3, 2009                    Respectfully submitted,
5                                         Law Offices of Cornell J. Price
6
7
8
9                                         _____
                                          Cornell J. Price
10                                        Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on or about the 3rd day of June, 2009, the foregoing DEFENDANT'S POSITION RE SENTENCING FACTORS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

John J. Lulejian, Esq.
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

                    /s/
Cornell J. Price
Law Offices of Cornell J. Price