UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 07-1048-VBF**                                         Dated: June 4, 2009

===============================================================================
PRESENT:    HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | None | Not Present |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1)   James Lanzo Turner                       1)   Cornell Price
     Not Present - In Custody                      Not Present - Appointed

_____

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER ADVANCING SENTENCING TIME**

At the request of counsel, the Sentencing hearing is set for June 5, 2009 at 3:00 p.m. The hearing is hereby advanced to 11:00 a.m., on the same date.

**IT IS SO ORDERED.**

cc:   USPO
      PSALA